UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Nicole Marie Herchenbach v. Bayer Corporation, et al.*   No. 10-cv-11278-DRH

*Elizabeth Christina Nunez, et al. v. Bayer Corporation, et al.*   No. 10-cv-12510-DRH

*Elizabeth Diane Oesterle v. Bayer Corporation, et al.*   No. 11-cv-12941-DRH


## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 8, 2015, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.


JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
     **Deputy Clerk**

APPROVED:

Digitally signed by
David R. Herndon
Date: 2015.06.09
14:07:33 -05'00'

DISTRICT JUDGE
U. S. DISTRICT COURT